SAMUEL LICATA, Appellant, v. CLARA STEVENS ALLEN and Others, Respondents.— Appeal dismissed unless appellants shall file and serve printed papers by September thirtieth.   Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

EDWARD J. CARSON, Appellant, v. WILLIAM J. MURRAY, Respondent.— Appeal dismissed unless appellant shall file and serve printed papers by September thirtieth.   Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN BELIESENSKI, Appellant.— Motion granted and appeal dismissed.   Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GRACE BARRY, Appellant.— Motion granted and appeal dismissed.   Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN NATROWSKI, Appellant.— Motion granted and appeal dismissed.   Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD PARKER, Appellant.— Motion granted and appeal dismissed.   Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

In the Matter of the Petition for the Probate of the Alleged Last Will and Testament of VOLNEY MONAHAN, Deceased.— Appeal dismissed unless appellant shall be ready for argument at the opening of the November term.   Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

In the Matter of the Probate of the Last Will and Testament of MARY A. ROCKWOOD, Deceased.— Motion granted and appeal dismissed.   Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

BENJAMIN W. KING, Appellant, v. GEORGE H. JOHNSON and Others, Respondents.— Motion granted and appeal dismissed, with costs.   Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

ALICE O. BANTEL and Another, as Administrators, etc., and Another, Respondents, v. INDIANAPOLIS ABATTOIR COMPANY, Appellant.— Appeal dismissed unless appellant shall be ready for argument on September twenty-fifth.   Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

JOSEPHINE JOHNSON, Respondent, v. MAY F. GUERNSEY and Others, as Administrators, etc., Appellants.— Motion to dismiss appeal denied, upon condition that the appellant file printed papers containing the opinion, settled and cert fied as required by the rules.   Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

THE PIONEER STEAMSHIP COMPANY, Appellant, v. SAMUEL SANDAY and Others, Respondents, and Another, Defendant.   (SS. Sullivan Action No. 2.) — Order affirmed, with ten dollars costs and disbursements.   (See *per curiam* in *Pioneer SS. Co.* v. *Sanday* [*SS. McKinney*] [*No. 1*], 210 App. Div. 318.)   All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.